**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

FILED
2022 JUN 27 PM 12: 00
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______
DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| **v.** | § | |
| | § | **EP-22-CV-00212-DCG** |
| **MUKESH KUMAR,** | § | |
| | § | |
| ***Defendant.*** | § | |
| | § | |

**ORDER SETTING HEARING**

**IT IS ORDERED** that this case is **SET** for a **HEARING** on **June 30, 2022 at 10:30 a.m.** in Courtroom Number 322, on the Third Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas.

The United States **SHALL ARRANGE** to transport the defendant to the hearing and provide interpretation services.

**So ORDERED and SIGNED this 27th day of June 2022.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**