**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **v.** | § | |
| | § | **EP-22-CV-00212-DCG** |
| **MUKESH KUMAR,** | § | |
| | § | |
| ***Respondent*.** | § | |
| | § | |

**ORDER**

The United States filed this case to obtain a temporary restraining order ("TRO") allowing the Government to "perform involuntary medical examinations of" an alien in the Government's custody who was engaging in a hunger strike, "restrain him if he resists those examinations, and to involuntarily administer nutrients and fluids intravenously or through a nasogastric tube, as necessary to preserve his life." Compl., ECF No. 1, at 1. *See also* Ex Parte Mot. for TRO, ECF No. 3. The Court granted the United States' requested TRO. Order Granting TRO, ECF No. 6. *See also* Order Extending TRO, ECF No. 12.

The Government represents that it has now removed Respondent from the United States. Mot., ECF No. 16, at 2. Because Respondent is no longer in the Government's custody, the United States has moved to terminate the TRO as moot and close the case. *Id.* at 2-3.

The Court accordingly **GRANTS** the "Motion to Terminate Order Extending Temporary Restraining Order to Administer Involuntary Hydration and Nutrition and to Close Case" (ECF No. 16).

The Court **VACATES** its "Order Granting Government's Motion for Temporary Restraining Order and to Administer Involuntary Hydration and Nutrition" (ECF No. 6) and the Order extending that TRO at ECF No. 12.

The Court **DIRECTS** the Clerk to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 13th day of July 2022.**

**DAVID C. GUADERRAMA**
**UNITED STATES DISTRICT JUDGE**